■ The People of the State of New York, Respondent, v Aneudi Vasquez, Appellant. (Appeal No. 2.) [21 NYS3d 674]— Appeal from a judgment of the Supreme Court, Monroe County (Daniel J. Doyle, J.), rendered June 27, 2011. The judgment convicted defendant, upon a jury verdict, of burglary in the second degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Vasquez* ([appeal No. 1] 134 AD3d 1430 [2015]). Present—Scudder, P.J., Smith, Valentino, Whalen and DeJoseph, JJ.